UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA M. LAW,

    Plaintiff,

v.

                                      Case No. 1:22-cv-639

COMMISSIONER OF SOCIAL
SECURITY,                               Hon. Hala Y. Jarbou

    Defendant.
_____/

## **ORDER**

    Plaintiff Cynthia M. Law brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision made by the Commissioner of Social Security. On July 17, 2023, Magistrate Judge Ray Kent issued a Report & Recommendation (R&R) recommending that the Court affirm the decision. (*See* R&R, ECF No. 16.) No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

    Accordingly,

    **IT IS ORDERED** that the R&R (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

A judgment will enter in accordance with this Order.

Dated: August 4, 2023    /s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE